UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA BOWLIN,

    Plaintiff,

v.

Case No.: 1:18-cv-942

HONORABLE PAUL L. MALONEY

PORTLAND CHURCH OF THE
NAZARENE CHILD DEVELOPMENT
CENTER,

    Defendant.

_____/

# ORDER ADOPTING MAGISTRATE JUDGE'S
# REPORT AND RECOMMENDATION

This matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 12, 2018, recommending that this Court dismiss the action without prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 22) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that this action is dismissed without prejudice.

A Judgment will be entered consistent with this Order.

Dated: January 8, 2019                  /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge