UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA BOWLIN,

       Plaintiff,

v.

Case No.: 1:18-cv-942

HONORABLE PAUL L. MALONEY

PORTLAND CHURCH OF THE
NAZARENE CHILD DEVELOPMENT
CENTER,

       Defendant.
_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgement is entered.

Dated: January 8, 2019             /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge